September 17, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

AMELIA COLIN, INDIVIDUALLY AND AS PURPORTED FORMER EXECUTRIX FOR THE ESTATE OF FRANCIS COLVIN, DECEASED, Appellant

NO. 14-13-00687-CV                    V.

MICHAEL MASCIARELLI, AS EXECUTOR OF ESTATE OF MARGARET COLVIN, DECEASED AND ADMINISTRATOR OF THE ESTATE OF EXECUTOR OF FRANCES COLVIN, DECEASED, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on June 21, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Amelia Colin, Individually and as purported former Executrix for the Estate of Francis Colvin, Deceased.

We further order this decision certified below for observance.